%AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**WESTERN** District of **TENNESSEE**

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| MICHAEL THOMPSON | Case Number: 06-MJ-0212 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**MICHAEL THOMPSON**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

unlawfully knowingly intentionally possess with intent to distribute a controlled substance and on or about February 15, 2006 did unlawfully knowingly intentionally possess with intent to distribute a controlled substance and did knowingly possess in and affecting commerce an explosive in violation of Title 18 United State Code 842(i), and did knowingly possess in and affecting commerce a firearm after having been previously convicted of a felony in violation of Title 18 Untied State Code Section 922(g) and

in violation of Title ___21, 18___ United States Code, Section(s) __841 (a)(1); 842(i); 922(g)__

THOMAS M. GOULD
Name of Issuing Officer

UNITED STATES DISTRICT COURT CLERK
Title of Issuing Officer

Signature of Issuing Officer

February 16, 2006    Memphis, Tennessee

Bail fixed at $ __Detention Requested__    s/ S. Thomas Anderson
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

962 S. Shady Grove Memphis, TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/16/06 | Stephanie Crum | Stephanie Crum |
| DATE OF ARREST | Stephanie City DUSM | |
| 2/15/06 | | |